IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>REED KNOX CHRISTENSEN,<br><br>Defendants. | Case: 1:23–mc–00098<br>Assigned To : Lamberth, Royce C.<br>Assign. Date : 9/26/2023<br>Description: Misc.<br><br>Case No: 21-cr-455-RCL |

### APPLICATION FOR ACCESS TO TRIAL EXHIBITS

Pursuant to Local Criminal Rule 57.6, applicants Cable News Network, Inc., American Broadcasting Companies, Inc. d/b/a ABC News, The Associated Press, CBS Broadcasting Inc. o/b/o CBS News, Dow Jones & Company, Inc., publisher of The Wall Street Journal, The E.W. Scripps Company, Gannett Co., Inc., Gray Media Group, Inc., Los Angeles Times Communications LLC, publisher of The Los Angeles Times, National Public Radio, Inc., NBCUniversal Media, LLC d/b/a NBC News, The New York Times Company, Pro Publica, Inc., Tegna, Inc., and WP Company LLC, d/b/a The Washington Post (together, the "Press Coalition") respectfully seek access, under the First Amendment and common law, to exhibits that have already been submitted into evidence at trial.  In support of this application the Press Coalition states as follows:

1. On May 14, 2021, in response to a motion filed by the Press Coalition, Chief Judge Beryl A. Howell issued Standing Order No. 21-28 (the "Standing Order").  The Standing Order recognizes "[t]he significant public and media interest in the numerous criminal cases arising from the January 6, 2021 violent breach of the United States Capitol (the 'Capitol Cases')."  *See* Standing Order at 2.



RECEIVED
SEP 26 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

2.      To accommodate this interest, the Standing Order provides that "[m]embers of the media seeking access to video exhibits submitted to the Court in Capitol Cases may file an application . . . to the presiding judge in the case, or if no judge has been assigned, to the Chief Judge, for determination, and the judge may seek the position of the parties." *See id.* at 5.

3.      The Standing Order further provides that "[u]pon grant of such media application, the government shall make the video exhibit[s] available to any member of the media with necessary access credentials provided by the government, unless the order otherwise limits access." *See id.* at 5-6. Specifically, the Standing Order states that "[m]embers of the media provided access to video exhibits in a particular case pursuant to such order may view those exhibits" by way of an electronic "'drop box'" into which the Government has agreed to place videos subject to access orders in the Capitol Cases. *See id.* at 6.

4.      This is one of the Capitol Cases. Following a jury trial that concluded on September 18, 2023, Defendant Reed Knox Christensen was found guilty of a number of counts in connection with his conduct on January 6, including assaulting, resisting or impeding certain officers, and engaging in physical violence in a restricted building or grounds.

5.      During trial, a number of exhibits were submitted to the jury (the "Trial Exhibits"). *See* Dkts. 70 & 71.

6.      The Trial Exhibits are plainly "intended to influence the court" in its decision-making, and as a result they are judicial records subject to a "strong presumption in favor of public access." *Leopold v. United States*, 964 F.3d 1121, 1127-28 (D.C. Cir. 2020) (Garland, J.).

7.      Neither the Defendant nor the Government could possibly rebut the presumption of access to Trial Exhibits that are admitted in open court, under *United States v. Hubbard*, 650

F.2d 293, 317-21 (D.C. Cir. 1980). *See also, e.g.*, *Craig v. Harney*, 331 U.S. 367, 374 (1947) ("A trial is a public event. What transpires in the court room is public property.").

8. Because the Trial Exhibits are judicial records subject to an unrebutted presumption of public access upon their entry into evidence, the Court should grant this Application and direct the Government to immediately release the Trial Exhibits to the Press Coalition via electronic "drop box."

9. The Standing Order provides that "[n]o recording, copying, downloading, retransmitting or further broadcasting of video exhibits in a particular case is permitted, unless such permission is granted by the presiding judge." *See* Standing Order at 6. The Press Coalition therefore requests that the Court grant permission to record, copy, download, retransmit, and otherwise further publish these Trial Exhibits.[1]

## CONCLUSION

For the foregoing reasons, the Press Coalition respectfully requests that the Court order the Government to immediately provide access to exhibits that were submitted into evidence during trial.

---

[1] The Press Coalition makes this request without conceding that the Standing Order complies with the First Amendment or common law, and expressly reserving the right to challenge this and other portions of the Standing Order in this and other Capitol Cases.

Dated:  September 25, 2023        Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
Lauren Russell (#1697195)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200 | Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
russelll@ballarspahr.com

*Counsel for the Press Coalition*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2023, I caused true and correct copies of the foregoing to be served via electronic mail and U.S. Mail on the following:

Jay P. Mykytiuk
SCROFANO LAW PC
600 F Street NW
Suite 300
Washington, DC 20004
jpm@scrofanolaw.com

Troy Nixon
MCKEAN SMITH LLC
1140 SW 11th Avenue
Suite 500
Portland, OR 97205
teamtdn@mckeansmithlaw.com

*Attorneys for Reed Knox Christensen*

Brittany LaShaune Reed
U.S. ATTORNEY'S OFFICE
650 Poydras Street
Suite 1600
New Orleans, LA 70130
brittany.reed2@usdoj.gov

Tighe Robertson Beach
United States Attorney's Office
601 D Street NW
Washington, DC 20001
tighe.beach@usdoj.gov

*Attorneys for the United States of America*

                                    */s/ Charles D. Tobin*
                                    Charles D. Tobin (#455593)